United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-15266-mdc
Desiraee E. Davis                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2       User: Antoinett        Page 1 of 1              Date Rcvd: Nov 01, 2017
                           Form ID: pdf900        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2017.
```
db            +Desiraee E. Davis,    4737 Larchwood Avenue,    Philadelphia, PA 19143-1813
cr            +Wilmington Savings Fund Society, FSB, d/b/a Christ,    Aldridge Pite, LLP,
               4375 Jutland Dr Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
13962637      +Anne E. Swartz, Esquire,    McCabe, Weisberg & Conway, P.C,    123 S. Borad Street, Suite 1400,
               Philadelphia, PA 19109-1060
13962634      +CMI,    4200 International PKWY,    Carrollton, TX 75007-1930
13962633      +Caine & Weiner,    15025 Oxnard Street Suite 100,    Van Nuys, CA 91411-2640
13962606      +David J. Averett, Esquire,    7719 Castor Avenue,    Philadelphia, PA 19152-3615
13962636      +Fay Financial,    440 S LaSalle Suite 2000,    Chicago, IL 60605-1016
13976019      +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13962638       Specialized Loan Servicing LLC,    P.O. Box 105219,    Atlanta, GA 30348-5219
13962632      +Verizon,    500 Technology DRSUITE 300,    Weldon Spring, MO 63304-2225
13983161      +Wilmington Savings Fund Society,    c/o Aldridge Pite, LLP,    ALDRIDGE PITE, LLP,
               4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Nov 02 2017 01:50:14     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 02 2017 01:50:11     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13983162       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 02 2017 01:49:45
               Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA  17128-0946
13962635      +E-mail/Text: bankruptcy@sw-credit.com Nov 02 2017 01:50:02     SW Credit System L.P,
               4120 International PKWY,    Carrollton, TX 75007-1958
14001729       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 02 2017 01:51:32     Verizon,
               by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13962600       david J. Averett, Esqusire,    7719 Castor Ave
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                 TOTALS: 1, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2017 at the address(es) listed below:
```
              DAVID J. AVERETT    on behalf of Debtor Desiraee E. Davis averettlaw@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               the Holders of the Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Mortgage Pass-Through
               Certificate Series 2007-OA4 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DESIRAEE DAVIS : CHAPTER 13
BANKRUPTCY NO.: 17-15266

DEBTOR :

:

## ORDER

And Now, this 31st day of October, 2017, upon consideration of the Debtor's Application to Withdraw Chapter 13 Bankruptcy Petition of Desiraee Davis, it is hereby Ordered and Decreed that the Debtor's Chapter 13 Petition is hereby dismissed.

BY THE COURT:

Magdeline D. C_____
J.